GEREN, APPELLANT, *v.* WESTFIELD INSURANCE COMPANY ET AL., APPELLEES.

[Cite as *Geren v. Westfield Ins. Co.,*
100 Ohio St.3d 322, 2003-Ohio-6421.]

(No. 2002–0610—Submitted May 13, 2003—Decided December 17, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003–Ohio–5849, 797 N.E.2d 1256.

MOYER, C.J., FORD, SUNDERMANN, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent.

DONALD R. FORD, J., of the Eleventh Appellate District, sitting for RESNICK, J.

J. HOWARD SUNDERMANN JR., J., of the First Appellate District, sitting for COOK, J.

Cubbon & Associates Co., L.P.A., and James E. Yavorcik, for appellant.

Ritter, Robinson, McCready & James, Timothy C. James and Wendy C. Johnson, for appellee Westfield Insurance Company.

Davis & Young, Henry A. Hentemann and J. Michael Creagan, for appellee Travelers Indemnity Company of Illinois.

Boyk & Crossmock, L.L.C., and Steven L. Crossmock, urging reversal and remand for amicus curiae Ohio Academy of Trial Lawyers.